UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                               :

HENRY SEGGERMAN,                   :

                  Petitioner,     :

                               :          23-MC-47 (JMF)

      -v-                     :

                               :          <u>ORDER</u>

THE COMMISSIONER OF INTERNAL REVENUE,  :

                  Respondent.   :

                               :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 27, 2023, Petitioner Henry Mather Seggerman, proceeding without counsel,
filed a Petition to Quash a summons from the Internal Revenue Service returnable on March 1,
2023.  ECF No. 1.  The Government is directed to file a letter addressing the Petition, including
its views on how the Court should handle it, whether the Court should hold a conference, and
whether the Court should expedite these proceedings, by **March 3, 2023**.

      Pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, a copy of
which is attached to this Order, all communications with the Court by a *pro se* party should be
mailed to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205,
New York, NY 10007.  Petitioner may also submit filings as PDFs by email to Temporary_Pro_
Se_Filing@nysd.uscourts.gov.  No documents or court filings should be sent directly to
Chambers.  Copies of correspondence between the parties shall not be sent to the Court.

      The Court encourages Petitioner to consent to receive communications in this case
electronically to ensure timely receipt of any filings by Respondent and Orders of the Court.  If
Petitioner would like to do so, he should fill out the attached consent form and to return it to the

Pro Se Intake Unit.  Unless and until the Petitioner consents to electronic service, the Government must serve all papers on him in hard copy.

Finally, the Court alerts Petitioner to the fact that there is a *Pro Se* Law Clinic in this District that assists people who are parties in civil cases and do not have lawyers.  The Clinic may be able to provide Petitioner with advice in connection with this case.  The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Petitioner can make an appointment in person or by calling (212) 659-6190.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: February 28, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge

Revised: July 13, 2021

<u>INDIVIDUAL RULES AND PRACTICES IN CIVIL *PRO SE* CASES</u>
**Jesse M. Furman, United States District Judge**

***Pro Se* Office**
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 105
New York, NY 10007
(212) 805-0175

**Unless otherwise ordered by the Court, these Individual Rules apply to all civil cases involving *pro se* litigants (that is, litigants without counsel) before Judge Furman.**

1.  **Communications with Chambers**

    A.  **Telephone Calls by a *Pro Se* Party.** *Pro se* parties may not call the Court directly; any questions should be directed to the *Pro Se* Office at (212) 805-0175.

    B.  **Written Communications By a *Pro Se* Party.** All communications with the Court by a *pro se* party should be in writing and delivered in person, mailed, or (as discussed in Paragraph 2(B) below) emailed to the *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007. **No documents or court filings may be sent directly to Chambers.** Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system. If any other party is not a user of the ECF system (*e.g.*, if there is another *pro se* party in the case), a *pro se* party must send copies of any filing to that party and include an Affidavit of Service or other statement affirming that it has done so. Copies of correspondence between a *pro se* party and opposing parties shall not be sent to the Court.

    C.  **Communications by Parties Represented by Counsel.** Except as otherwise provided below, communications with the Court by a represented party shall be governed by Judge Furman's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

    D.  **Requests for Adjournments or Extensions of Time.** All requests for adjournments or extensions of time must be made in writing and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (6) the date of the parties' next scheduled appearance before the Court as well as any other existing deadlines. Requests for extensions of deadlines regarding a matter that

has been referred to a Magistrate Judge shall be addressed to that assigned
Magistrate Judge.

Absent an emergency, any request for extension or adjournment shall be made *at
least 48 hours* prior to the deadline or scheduled appearance.  Requests for
extensions will ordinarily be denied if made after the expiration of the original
deadline.

**2.  Filing of Papers and Service**

   **A.  Consent to Receive Electronic Service.**  To ensure timely service of documents,
   including Court Orders, non-incarcerated *pro se* parties are encouraged to consent
   to receive electronic service through the ECF System.  To do so, a *pro se* party
   should review the instructions available at https://www.nysd.uscourts.gov/sites/
   default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf, and then submit
   a Consent to Electronic Service (available at https://www.nysd.uscourts.gov/sites/
   default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf).

   **B.  Papers Filed by a *Pro Se* Party.**  A *pro se* party may file papers with the Court
   by:

   i.   delivering them in person to the *Pro Se* Office, Thurgood Marshall
        Courthouse, 40 Centre Street, Room 105, New York, New York 10007;

   ii.  mailing them to the *Pro Se* Office, Thurgood Marshall Courthouse, 40
        Centre Street, Room 105, New York, New York 10007;

   iii. emailing them as an attachment in PDF format to Temporary_Pro_Se_
        Filing@nysd.uscourts.gov, in which case the *pro se* party should follow
        the instructions contained in the April 1, 2020 Addendum to the Court's
        ECF Rules & Instructions, available at https://www.nysd.uscourts.gov
        /electronic-case-filing; or

   iv.  filing them on the ECF System if the *pro se* party has filed a motion to
        participate in ECF (available at http://nysd.uscourts.gov/file/forms/motion
        -for-permission-for-electronic-case-filing-for-pro-se-cases and in the *Pro
        Se* Office) and been granted such permission by the Court.

   **C.  Service on a *Pro Se* Party.**  Absent a *pro se* party consenting to receipt of
   electronic service, counsel in *pro se* cases must serve a *pro se* party with a paper
   copy of any document that is filed electronically and must file with the Court a
   separate Affidavit of Service.  Submissions filed without proof of service that the
   *pro se* party was served will not be considered.

2

**3.  Discovery**

All requests for discovery by a *pro se* party should be sent to counsel for the party from whom discovery is sought.  Discovery requests should not be sent to the Court.

If there are any discovery disputes, the parties are required to confer with one another in an effort to resolve the dispute without the need for Court intervention.  If the parties are unable to resolve their dispute, either party may file a letter-motion, no longer than three pages and in accordance with Paragraph 1 above, explaining the nature of the dispute and requesting an informal conference.  If the opposing party wishes to respond to the letter, it must promptly file a responsive letter, not to exceed three pages.

**4.  Motions**

    **A.  Filing and Service.**  Unless otherwise ordered by the Court, papers filed in opposition to a motion must be served and filed within 30 days of service of the motion papers, and reply papers, if any, must be served and filed within two weeks of receipt of opposition papers.

    **B.  *Pro Se* Notices.**  Parties who file a motion to dismiss, a motion for judgment on the pleadings, or a motion for summary judgment must provide the *pro se* party with a copy of the notices required under Local Civil Rules 12.1 or 56.2.

    **C.  Special Rule for Summary Judgment Motions.**  With respect to any deposition that is supplied, whether in whole or in part, in connection with a summary judgment motion, the index to the deposition should be included if it is available.

    **D.  No Courtesy Copies.**  Unless the Court orders otherwise, parties should **not** submit courtesy hard copies of any submissions in *pro se* cases.

    **E.  Oral Argument.**  Unless otherwise ordered by the Court, oral argument will not be heard in *pro se* matters.

**5.  Initial Case Management Conference**

Absent a motion to dismiss, the Court will generally schedule an initial case management conference within four months of the filing of the complaint.  The Notice of Initial Pretrial Conference will be docketed on ECF and mailed to the *pro se* party or parties.  Unless and until the Court orders otherwise, the conference will be held in person in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York NY.  If any party wishes for the conference to be conducted remotely (by telephone or video), he or she should confer with all other parties and promptly file a letter to that effect with the Court.

The Court will set a schedule for the case at the initial case management conference.  In most cases, the Court will give the parties four months (from the date of the conference) to complete all discovery, and set a deadline for the filing of any motions for summary judgment 30 days after the close of discovery.  In advance of the initial case management conference, the parties should, if practicable, confer with one another to determine if such a schedule would be appropriate or if there is anything unusual about the case that would require more time and be prepared to discuss those issues at the conference.  The Court will issue a written order memorializing all dates and deadlines following the conference.

An incarcerated party may not be able to attend this or other conferences, but may be able to participate by telephone.  If an incarcerated party does not have counsel and is unable to participate by telephone, a family member or a representative may attend the conference.  In such instances, the incarcerated party may write to the Court in advance of the conference regarding any issue the *pro se* party wishes to have addressed at the conference.  If a representative is designated, he or she should contact Chambers at (212) 805-0282 to determine the location of the conference.  The Court will also have a transcript of the conference sent to the incarcerated party.

6. **Trial Documents**

   A. **Pretrial Statement.**  Unless otherwise ordered by the Court, within 30 days of the completion of all discovery or, if a summary judgment motion is filed, within 30 days of the Court's ruling on summary judgment, the plaintiff in a *pro se* case shall file a concise, written Pretrial Statement.  This Statement need take no particular form, but it must contain the following: (1) a statement of the facts plaintiff hopes to prove at trial; (2) a list of all documents or other physical objects that the plaintiff plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses the plaintiff intends to have testify at trial.  The Statement must be sworn by the plaintiff to be true and accurate based on the facts known by the plaintiff.  If *pro se*, the plaintiff shall file an original of this Statement with the *Pro Se* Office.  Two weeks after service of the plaintiff's Statement, the defendant must file and serve a similar Statement of its case containing the same information.

   B. **Other Pretrial Filings.**  If the case is to be tried before only a Judge without a jury, any parties represented by counsel must also file proposed findings of fact and conclusions of law at the time of filing the Pretrial Statement.  If the case is to be tried before a jury, any parties represented by counsel must also file proposed *voir dire* questions, a proposed jury charge, and a proposed verdict form at the time of filing the Pretrial Statement.  At the time of filing, a represented party should e-mail these documents to the Court (Furman_NYSDChambers@nysd. uscourts.gov), in both .pdf and Microsoft Word formats.  The *pro se* party may file such documents, but is not required to do so and need not submit them by e-mail.

4

7. ***Pro Se* Clinic**

There is a *Pro Se* Law Clinic in this District to assist non-incarcerated people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide a non-incarcerated *pro se* litigant with advice in connection with his or her case. The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. Under normal circumstances, the Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling (212) 659-6190.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address                City                    State                    Zip Code

_____
Telephone Number                          E-mail Address

_____
Date                                      Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007